IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY PRICE,

    Plaintiff,                     No. CIV S-05-1837 GEB KJM P

    vs.

FOOD-4-LESS, INC., et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action under 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis under 28 U.S.C. § 1915.  However, the certificate portion of the request, which must be completed by plaintiff's institution of incarceration, has not been filled out.[1] Plaintiff will be provided the opportunity to submit a completed in forma pauperis application.  Plaintiff's failure to file a completed application to proceed in forma pauperis will result in a recommendation that this action be dismissed without prejudice.

---

[1] On one copy of his in forma pauperis application, filed on December 1, 2005, plaintiff appears to have written the word "Refuse" in the signature line for the required certification.  If after diligently attempting to obtain the completed certificate plaintiff is unable to do so, he shall provide to the court a complete description of his efforts to obtain the certification, including the name(s) and title(s) of persons to whom he has submitted his request.

1

The court notes that plaintiff has filed a number of motions and requests since filing his complaint. Considering that plaintiff has not yet been given leave to proceed in forma pauperis, these motions will be denied without prejudice to refiling after plaintiff achieves in forma pauperis status or after the filing fee for this action had been paid.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner;

3. Plaintiff's September 23, 2005 "complaint for temporary restraining order" is denied without prejudice;

4. Plaintiff's October 17, 2005 "complaint for temporary restraining order" is denied without prejudice;

5. Plaintiff's May 22, 2006 "motion for evidentiary hearing" is denied without prejudice; and

6. Plaintiff's June 1, 2006 "motion for order to attach judgment . . ." is denied without prejudice.

DATED: July 28, 2006.

UNITED STATES MAGISTRATE JUDGE

1
pric1837.ifp