IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY PRICE,

        Plaintiff,                  2:05-cv-1837-GEB-KJM-P

   vs.

FOOD-4-LESS, INC., et al.,

        Defendants.        <u>ORDER</u>

_____/

        On August 14, 2006, plaintiff filed "objections" to the magistrate judge's July 31, 2006 order. The court construes plaintiff's objections as a request for reconsideration under Local Rule 72-303(f). Under that rule, a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's July 31, 2006 ruling is clearly erroneous or contrary to law.

        Plaintiff filed similar "objections" on September 7, 2006. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). To the extent petitioner asserts new objections in the document filed on September 7, 2006, petitioner's objections are untimely.

/////

1

1  In accordance with the above, IT IS HEREBY ORDERED that the order of the
2  magistrate judge filed July 31, 2006 is affirmed.
3  Dated: October 23, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge