IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY PRICE,

        Plaintiff,                  No. CIV S-05-1837 GEB KJM P

    vs.

FOOD-4-LESS, INC., et al.,

        Defendant.            <u>ORDER</u>

_____/

        Pursuant to the court's March 1, 2007 order, IT IS HEREBY ORDERED that the following documents filed by plaintiff shall be placed in the court's file and disregarded:

        1. February 20, 2007 "Complaint For Temporary Restraining Order . . . ;"

        2. February 27, 2007 "Motion To Request That The Federal Court Refer This Complaint . . . ;"

        3. February 26, 2007 "Motion For A Pretrial Conference;" and

        4. February 26, 2007 "Motion For Leave To Conduct Discovery . . . ."

DATED: March 19, 2007.

                                        U.S. MAGISTRATE JUDGE

1/pric1837.dis