IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY PRICE,

      Plaintiff,                2:05-cv-1837-GEB-KJM-P

    vs.

FOOD-4-LESS, INC., et al.,

      Defendants.      <u>ORDER</u>

_____/

      On March 22, 2007, plaintiff filed "objections" to an order issued by the magistrate judge on March 1, 2007. The court construes these objections as a request for reconsideration. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

/////

1

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2  magistrate judge filed March 1, 2007, is affirmed.

Dated: April 11, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge