IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY PRICE,

        Plaintiff,                  2:05-cv-1837-GEB-KJM-P

    vs.

FOOD-4-LESS, INC., et al.,

        Defendants.          ORDER

_____/

        On March April 4, 2007, plaintiff filed "objections" to an order issued by the magistrate judge on March 19, 2007.  The court construes these objections as a request for reconsideration.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////

/////

/////

/////

/////

1         Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2 magistrate judge filed March 19, 2007, is affirmed.

3 Dated: April 11, 2007

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```