IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY PRICE,

        Plaintiff,                        No. CIV S-05-1837 GEB KJM P

    vs.

FOOD-4-LESS, INC., et al.,         ORDER AND

        Defendants.              FINDINGS AND RECOMMENDATIONS

_____/

        By order filed March 1, 2007, plaintiff's complaint and amended complaint were dismissed and thirty days leave to file a second amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed a second amended complaint. Therefore, the court will recommend that this action be dismissed. Also, plaintiff filed a "Motion to Stay . . ." on May 7, 2007. Plaintiff's motion will be denied as plaintiff fails to present any reason supporting a stay.

        Good cause appearing, IT IS HEREBY ORDERED that plaintiff's May 7, 2007 "Motion To Stay . . ." is denied.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

/////

1

1    These findings and recommendations are submitted to the United States District
2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3 days after being served with these findings and recommendations, plaintiff may file written
4 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
6 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7 F.2d 1153 (9th Cir. 1991).

8 DATED: May 17, 2007.

_____
U.S. MAGISTRATE JUDGE

11 1/mp
pric1837.fta