IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY PRICE,

    Plaintiff,                        No. CIV S-05-1837 GEB KJM P

    vs.

FOOD-4-LESS, et al.,

    Defendants.          <u>ORDER</u>

                              /

        On August 20, 2007, plaintiff filed a document titled "motion for permission to file a late petition . . ." Plaintiff's motion has no basis in law and is denied.

DATED: August 22, 2007.

_____
U.S. MAGISTRATE JUDGE

1
pric1837.nbl