IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HENRY PRICE,

      Plaintiff,                   No. CIV S-05-1837 GEB KJM P

    vs.

FOOD-4-LESS, et al.,

      Defendants.            <u>ORDER</u>

_____/

        On October 6, 2008, plaintiff filed a document titled "motion to consolidate cases." This civil rights action was closed on June 13, 2007. Plaintiff is advised that his "motion" will be disregarded and no orders will issue in response to future filings.

DATED: October 22, 2008.

                                        U.S. MAGISTRATE JUDGE

1
pric1837.58